# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.

ABIGAEL GONZALEZ VALENCIA- 01

NEMESIO OSEGUERA CERVANTES- 02

Criminal No.   14-51   (BAH)

Category   B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on Apr 2, 2015 from Calendar Committee to Judge Beryl A. Howell by direction of the Calendar Committee.

(Defendants are No Longer Fugitives)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case Management Committee

cc:

Judge Beryl A. Howell   & Courtroom Deputy

Calendar Committee

U.S. Attorney's Office-Judiciary Square Building, Room 5133

Statistical Clerk