IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 14-CR-51(BAH) |
| | ) |
| | ) UNDER SEAL |
| v. | ) |
| | ) |
| ABIGAEL GONZALEZ VALENCIA, also known as "Boss," "Los Cuini," "Cachetes," "Luis Angel Gomez Flores" and "Jonathan Paul Tak-Toledo," | ) **FILED** |
| | ) APR 1 – 2015 |
| | ) Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |
| and | ) |
| NEMESIO OSEGUERA CERVANTES, also known as "Mencho" and "Ruben Oseguera Cervantes," | ) |
| Defendants. | ) |

## ORDER

Upon motion of the United States to unseal the above-captioned case, and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is hereby unsealed.

DATED: 4/1/2015

*Beryl A. Howell*
HON. BERYL A. HOWELL
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA