Rev: 3/2015

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                        Criminal No.      14-51

ABIGAEL GONZALEZ VALENCIA- 01
NEMESIO OSEGUERA CERVANTES- 02    Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __11/12/15__ from __Judge Beryl A. Howell__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Beryl A. Howell    & Courtroom Deputy
        Calendar Committee      & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk