**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CASE NO. 1:14-cr-00051

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ABIGAEL GONZALEZ VALENCIA,

*Defendant*.
_______________________________________/

## NOTICE OF APPEARANCE

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as counsel for the Defendant in the above-styled cause for purposes of trial only.

Counsel requests that all pleadings, notices, and/or other papers be sent to said counsel by the Clerk of the above Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this Thursday, February 8, 18, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

ROJAS & OLIVA, P.A.
Attorneys for the Defendant
15800 Pines Boulevard, Suite 206
Pembroke Pines, Florida 33027
(305) 373-6868
ruben@rojasoliva.com

By:__________/S/______________
Ruben Oliva, Esq.
F.B.N. 626074
D.C. BAR NO. FL0001