Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.        14-51        (BAH)

ABIGAEL GONZALEZ VALENCIA (1)          Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __8/13/2025__ from __Calendar Committee__ to __Judge Beryl A. Howell__ by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:    Judge Beryl A. Howell          & Courtroom Deputy
       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk