16 0411

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**SEALED**

2014 FEB 18 AM 9: 40

United States of America
v.

ABIGAEL GONZALEZ VALENCIA,
also known as "Boss," "Los Cuini," "Cachetes," "Luis
Angel Gomez Flores," Jonathan Paul Tak-Toledo"
*Defendant*

)
)
)
)
)
)

Case: 1:14-cr-51-1
Assigned To : Judge Beryl A. Howell
Assign. Date : 03/13/2014
Description: Indictment (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ABIGAEL GONZALEZ VALENCIA, also known as "Boss," "Los Cuini," "Cachetes," "Luis Angel,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Continuing Criminal Enterprise, in violation of 21 U.S.C. §§ 848(a), 848(b), (848(c) and 848(e)(1)(A).
Count 2: Conspiracy to Distribute Five Kilograms or More of Cocaine and Fifty Grams or More of Methamphetamine for Importation into the United States, in violation of 21 U.S.C. §§ 959, 960, 963.
Count 3: Use of a Firearm, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(A)(ii) and 924(c)(1)(B)(ii).

Date:  03/13/2014

*Issuing officer's signature*

City and state:  Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

### Return

This warrant was received on *(date)* 2/18/2014, and the person was arrested on *(date)* 8/13/2025
at *(city and state)* Washington, DC.

Date: 8/13/2025

*Arresting officer's signature*

J. Harris   DUSM
*Printed name and title*