UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES : 14 Cr. 051-01

:

V. :

ABIGAEL GONZALEZ VALENCIA :

Defendant. :

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE STATUS HEARING**

Defendant Abigael Gonzalez Valencia respectfully moves this Court to continue the status hearing in this case, currently scheduled for July 10, 2026 for approximately sixty (60) days until on or about September 11, 2026. The defense and the prosecution have been in frequent communication about this case and the parties believe that the additional time is necessary to complete discussions about a possible non-trial resolution of the case. Undersigned personally spoke with the lead prosecutor assigned to this case, who does not oppose the requested continuance. Undersigned counsel also personally spoke with the defendant, who agrees to the continuance and to the tolling of the Speedy Trial Act until the next status hearing in the case.

A Proposed Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing was sent via ECF to DOJ Trial Attorney Kaitlin Sahni, NDDS, this 6th day July, 2026.